UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 06-CR-32

vs.

DANIEL L. HUDDLER,

        Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE
---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, defendant Daniel L. Huddler agrees to the forfeiture of his interest in property named in the forfeiture provision of the Indictment filed February 14, 2006;

IT IS HEREBY ORDERED that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

    1.    One 1999 Chevrolet Blazer bearing vehicle identification number 1GNDT13W0X2101334.

IT IS FURTHER ORDERED that the above item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 16th day of May, 2006.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE